IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02055

HAROLD NACHTRIEB, an individual,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION d/b/a KEY PRIVATE BANK,
an Ohio Corporation,

    Defendant.

_____

### KEYBANK NATIONAL ASSOCIATION'S RULE 7.1 DISCLOSURE STATEMENT
_____

Defendant KeyBank National Association ("KeyBank"), by its counsel, respectfully submits the following disclosure statement under Fed. R. Civ. P. 7.1:

1. KeyBank is a wholly-owned subsidiary of KeyCorp.

2. No publicly held company owns 10% or more of the stock of KeyCorp.

Dated this 16th day of July, 2019

                              Respectfully submitted,

                              s/*Brendan D. Benson*
                              Brendan D. Benson
                              Miletich PC
                              717 17th Street, Suite 1510
                              Denver, Colorado 80202
                              BBenson@miletichpc.com
                              *Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2019, I electronically filed the foregoing KEYBANK NATIONAL ASSOCIATION'S RULE 7.1 DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will send electronic notification of this filing to:

John A. Culver, Esq.
Seth J. Benezra, Esq.
Anna C. Fullerton, Esq.
Benezra & Culver, P.C.
633 17th Street, Suite 1450
Denver, Colorado 80202
*Attorney for Plaintiff*

                                                s/Brendan D. Benson
                                                *Brendan D. Benson*
                                                Miletich PC
                                                717 17th Street, Suite 1510
                                                Denver, Colorado 80202
                                                BBenson@miletichpc.com
                                                *Counsel for Defendant*